UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MOLINA,<br><br>   Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>   Defendant. | Case No. 23-cv-01487-VC<br><br>**ORDER GRANTING MOTION TO TRANSFER**<br><br>Re: Dkt. No. 22 |

The motion to transfer venue is granted. Whether or not venue is proper in this district, it is in the interest of justice and convenience to transfer the case to the Central District of California. *See* 28 U.S.C. §§ 1404(a), 1406(a). That's where the vehicle was bought and repaired. It's where both parties, and their counsel, are based. And it's where many of the likely witnesses—dealership employees who performed the repairs—are located. *See Thomas v. Twentieth Century Fox Film Corporation*, 2021 WL 2434032, at *3–4 (N.D. Cal. June 15, 2021). The Central District, in other words, is a more convenient and appropriate forum for litigating this case.

The clerk is directed to transfer this case to the Central District of California. The outstanding motion to dismiss is denied as moot.

**IT IS SO ORDERED.**

Dated: August 2, 2023

_____
VINCE CHHABRIA
United States District Judge